894

No. 395. CASH ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Wesley R. Asinof* for petitioners. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 398. WURDEMANN ET AL. *v.* HJELM ET AL. Supreme Court of Minnesota. Certiorari denied. *Claude L. Dawson* for petitioners. *Carl W. Cummins, Sr.* for the Jesmer Corporation, respondent.

No. 402. ALOFF *v.* ASTER ET AL. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. Joseph H. Lieberman, George E. Beechwood, John V. Lovitt* and *F. Hastings Griffin, Jr.* for respondents.

No. 410. OVE GUSTAVSSON CONTRACTING CO., INC., *v.* FLOETE, ADMINISTRATOR OF GENERAL SERVICES ADMINISTRATION, ET AL. C. A. 2d Cir. Certiorari denied. *Anthony B. Cataldo* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *John G. Laughlin, Jr.* for respondents.

No. 412. NATIONAL LABOR RELATIONS BOARD *v.* REVERE METAL ART CO., INC., ET AL. C. A. 2d Cir. Certiorari denied. *Solicitor General Rankin, Stuart Rothman, Dominick L. Manoli, Norton J. Come* and *Duane B. Beeson* for petitioner.

No. 341. RITCH *v.* NASHVILLE BRIDGE Co. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. *Robert S. Vance* for petitioner. *Frank M. Young, Jr.* for respondent.